IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GEORGE EDWARD JARRELL,     )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         1:16cv70-MHT
                           )             (WO)
TOM S. SMITH,              )
                           )
    Defendant.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted, with the exception stated in the opinion entered today.

(3) Plaintiff's claims are dismissed without prejudice, except that plaintiff's request for prosecution of the defendant is dismissed with prejudice.

**(4) No costs are taxed.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 3rd day of March, 2016.**

                                                           /s/ Myron H. Thompson\_\_\_\_
                                      **UNITED STATES DISTRICT JUDGE**